UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARLA A. KAYS, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | 1:03-cv-735-SEB-VSS |
| ) | |
| PENSKE LOGISTICS, INC., PENSKE ) | |
| LOGISTICS, LLC, PENSKE TRUCK ) | |
| LEASING CORPORATION, PENSKE ) | |
| TRUCK LEASING, L.P., ) | |
|     Defendant. | |

## JUDGMENT

Having granted Defendant's Motion for Summary Judgment in a concurrent entry, FINAL JUDGMENT is hereby entered in favor of the Defendant and against the Plaintiff. Each party shall bear its own cost.

    IT IS SO ORDERED

    12/09/2005

                                                     _____
                                                     SARAH EVANS BARKER, JUDGE
                                                     United States District Court
                                                     Southern District of Indiana

Copies to:
Richard L. Darst
COHEN GARELICK & GLAZIER
rdarst@fed-law.com

Alvin Jackson Finklea III
SCOPELITIS GARVIN LIGHT & HANSON
jfinklea@scopelitis.com

James H. Hanson

SCOPELITIS GARVIN LIGHT & HANSON
jhanson@scopelitis.com

David D. Robinson
SCOPELITIS GARVIN LIGHT & HANSON
drobinson@scopelitis.com

Tracy Lee Schrey
PENSKE TRUCK LEASING
tracy.schrey@penske.com